UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankr. No. 10-40059 |
| | Chapter 13 |
| KHAMMA SIYAWONG | |
| SSN/ITIN xxx-xx-8464 | ORDER GRANTING |
| | BENEFICIAL SOUTH DAKOTA |
| and | RELIEF FROM AUTOMATIC STAY |
| SOMRACK SIYAWONG | |
| fka Somrack Sisakda | |
| SSN/ITIN xxx-xx-2169 | |
| Debtors. | |

Upon the consideration of Beneficial South Dakota Motion for Order Granting Relief of Automatic Stay (doc. 22) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Beneficial South Dakota's motion is granted, and it is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interest in the following property:

> 1304 S. Bruce Road, Sioux Falls, South Dakota 57105 legally described as lot 2 in block 9 of Riverdale second addition to Sioux Falls, Minnehaha County, South Dakota, according to the recorded plat hereof.

IT IS FURTHER ORDERED the fourteen-day stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective upon entry.

So ordered: April 26, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota